**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LEHMAN BROTHERS
HOLDINGS, INC.,

    Plaintiff,

vs.                                    CASE NO. 8:12-CIV-816-T-EAK-TBM

MANHATTAN MORTGAGE
CORPORATION,

    Defendant.
_____/

**ORDER ON MOTION FOR DEFAULT JUDGMENT**

       This cause is before the Court on the Plaintiff's motion for entry of default (Doc. 15). The default in this case was entered on November 27, 2012. Therefore, the factual issues are established as asserted by the Plaintiff. The Plaintiff is moving for a sum certain money judgment, which can be entered without a hearing. The Court has reviewed the motion and finds it well-taken and well-supported, therefore, it is adopted by reference herein. The Court will grant the motion for entry of default judgment and reserve jurisdiction as to a motion for attorney's fees and costs. Accordingly, it is

       **ORDERED** that the Plaintiff's motion for entry of default (Doc. 15) be **granted**. The

Clerk of Court is **directed** to enter judgment in this case for the plaintiff and against the defendant in the amount of $944,689.57, $682,874.92 in damages and $261.814.65 in prejudgment interest up to February 15, 2013, prejudgment interest from February 15, 2013 to the date of this order, and post-judgment interest at the legal rate. The Court reserves jurisdiction to consider any motion for fees and costs that may be filed. The Clerk of Court shall close this case.

  **DONE and ORDERED** in Chambers, in Tampa, Florida, this 6th day of March, 2013.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record